# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1860
Lower Tribunal No. 14-17912
_____

**Reynaldo Santana,**
Appellant,

vs.

**Deutsche Bank Trust Company Americas, etc., et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

McGlinchey Stafford, and William L. Grimsley (Jacksonville); Albert D. Rey, P.A., and Albert D. Rey, for appellees.

Before LOGUE, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Watson v. Vafides, 212 So. 2d 358, 362 (Fla. 1st DCA 1968) ("The object of a notice of public sale is to inform the Public of the nature and condition of the property to be sold, and of the time, place, and terms of the sale."); 37 Fla. Jur. 2d Mortgages, Etc. § 300 (2023) (same); see also Tanis v. HSBC Bank USA, N.A., 289 So. 3d 517, 521 (Fla. 3d DCA 2019) (alterations in original) (quoting McQuiddy v. Ware, 87 U.S. 14, 18 (1873)) ("Crucially, here, '[t]here is no averment that [appellants] did not have actual notice of the proceedings against [them] in time to protect [their] rights.'").